**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF**
**ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Case # 15-12595 |
| Debra Anne Skipper | Chapter 7 |
| Debtor(s). | Honorable Pamela Hollis |

**REPORT OF SALE**

NOW COMES Cindy M. Johnson, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") Debra Anne Skipper (the "Debtor"), and hereby submits her Report of Sale (the "Report") pursuant to Federal Rules of Bankruptcy Procedure 6004(f)(1), and respectfully represents and states as follows:

1. On April 8, 2015 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed Cindy M. Johnson as the Trustee for the Estate.

2. On December 1, 2017, the Court entered an order approving sale of a 2001 Porsche Boxster outside the ordinary course (the "Sale Order") [Dkt. 32]

3. On behalf of the Estate the Trustee sold the 2001 Porsche Boxster to an undisclosed third party though an auction conducted by American Auction Associates on May 31, 2018 free and clear of any liens, claims or interests in the amount of $4,400.00.

Respectfully submitted,

CINDY M. JOHNSON,
Chapter 7 Trustee


By:  /s/ Cindy M. Johnson

Cindy M. Johnson
140 S. Dearborn Street, Suite 1510
Chicago, IL 60603
(312) 345-1306