# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Debra Anne Skipper | § | Case No. 15-12595 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/08/2015 . The undersigned trustee was appointed on 04/08/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 7,600.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,188.43 |
| Bank service fees | | 120.36 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 6,291.21 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 05/25/2016 and the deadline for filing governmental claims was 05/25/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,510.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,510.00 , for a total compensation of $ 1,510.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 126.14 , for total expenses of $ 126.14 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/06/2019                    By:/s/Cindy M. Johnson, Trustee
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-12595 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: | Debra Anne Skipper | | | | Date Filed (f) or Converted (c): | 04/08/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/04/2015 |
| For Period Ending: | 03/06/2019 | | | | Claims Bar Date: | 05/25/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Homestead Property Located At: 1949 N 31St Rd. Unit 5, Ottaw | 101,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate Property Located At: 605 E. Van Buren Street, Ot | 128,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash On Hand Location: 1949 N. 31St Rd. #5, Ottawa Il 61350 | 50.00 | 50.00 | | 50.00 | FA |
| 4. First State Bank Checking Account Acct #: 5107 1212 Lasalle | 214.44 | 398.00 | | 398.00 | FA |
| 5. First State Bank Savings Account Acct #: 9158 1212 Lasalle S | 151.07 | 200.00 | | 200.00 | FA |
| 6. Living/Family Room (1 Couch, 2 Bookcases, 1 Chair, 1 Table, | 1,740.00 | 1,740.00 | | 0.00 | FA |
| 7. Apparel: (Clothing, Shoes, And Misc, Wearing Apparel) Locati | 200.00 | 0.00 | | 0.00 | FA |
| 8. Jewelry (Inexpensive Earrings And Necklaces) Location: 1949 | 25.00 | 0.00 | | 0.00 | FA |
| 9. Sagepoint Financial Inc. Retirement Plan Acct#: 5637 2800 N. | 393.41 | 0.00 | | 0.00 | FA |
| 10. 2014 Federal Tax Refund | 3,923.00 | 0.00 | | 0.00 | FA |
| 11. 2006 Hyundai Tucson Vin: Km8jn72d26u261142 Approx. Mileage: | 3,150.00 | 0.00 | | 0.00 | FA |
| 12. 2001 Porsche Boxster Vin: Wp0ca29881u623603 Approx. Mileage: | 5,500.00 | 5,500.00 | | 4,400.00 | FA |
| 13. 2000 Harley Davidson Road King Vin: 1Hd1frw13yy610767 Approx | 4,000.00 | 1,523.00 | | 1,523.00 | FA |
| 14. 2015 Federal Tax Refund (u) | 0.00 | 1,017.00 | | 1,017.00 | FA |
| 15. 2015 Illinois Tax Refund (u) | 0.00 | 12.00 | | 12.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $248,346.92   $10,440.00        $7,600.00   $0.00

(Total Dollar Amount in Column 6)

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee obtained turnover of tax refund, cash and bank accounts. Debtor surrendered Porsche which retained broker sold.  Debtor's buyback offer for the Harley Davidson aproved 5/18/18 (doc. 34)  All funds received

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 2 | -- | Amended Schedule C 11/2/17 (doc. 27) deleted exemption on this asset |
| RE PROP # | 6 | -- | Amended Schedule C 11/2/17 (doc. 27) deleted exemption on this asset--insufficient value to extate after accounting for costs of sale. |
| RE PROP # | 8 | -- | Amended Schedule C 11/2/17 (doc. 27) deleted exemption on this asset.  Insufficient value for estate after accounting for costs of sale. |
| RE PROP # | 10 | -- | Amended Schedule C 11/2/17 (doc. 27) fully exmpted this asset (previously no exemption claimed) |
| RE PROP # | 12 | -- | Amended Schedule C 11/2/17 (doc. 27) deleted exemption on this asset |
| RE PROP # | 13 | -- | Amended Schedule C 11/2/17 (doc. 27) increased amount claimed as exempt from $1,969.27 to $2,477.00 |

Initial Projected Date of Final Report (TFR): 05/18/2017      Current Projected Date of Final Report (TFR): 01/18/2019

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 15-12595
Case Name: Debra Anne Skipper
Trustee Name: Cindy M. Johnson, Trustee
Bank Name: BOK Financial
Account Number/CD#: XXXXXX0649
Checking
Taxpayer ID No: XX-XXX1119
Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 03/06/2019
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/18 | | Derrick B Hager Attorney at Law<br>106 W Wilson St<br>Suite 3-L<br>Batavia, IL 60510 | Buy out interest in the estate 2015 State and Fed Tax Refunds, Bank accounts, Harley Davidson Motorcycle, cash | | $3,200.00 | | $3,200.00 |
| | | | Gross Receipts $3,200.00 | | | | |
| | 3 | | Cash On Hand Location: 1949 N. 31St Rd. #5, Ottawa Il 61350 $50.00 | 1129-000 | | | |
| | 4 | | First State Bank Checking Account Acct #: 5107 1212 Lasalle $398.00 | 1129-000 | | | |
| | 5 | | First State Bank Savings Account Acct #: 9158 1212 Lasalle S $200.00 | 1129-000 | | | |
| | 13 | | 2000 Harley Davidson Road King Vin: 1Hd1frw13yy610767 Approx $1,523.00 | 1129-000 | | | |
| | 14 | | 2015 Federal Tax Refund $1,017.00 | 1224-000 | | | |
| | 15 | | 2015 Illinois Tax Refund $12.00 | 1224-000 | | | |
| 02/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,190.00 |
| 03/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,180.00 |
| 04/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,170.00 |
| 05/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,160.00 |
| 06/07/18 | | American Auction Associates, Inc<br>508 West Brittany Drive<br>Arlington Heights, Illinois 60004 | Sale of Vehicle | | $4,000.00 | | $7,160.00 |
| | | | Gross Receipts $4,400.00 | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $7,200.00 $40.00

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 15-12595 | Trustee Name: | Cindy M. Johnson, Trustee |
| Case Name: Debra Anne Skipper | Bank Name: | BOK Financial |
| | Account Number/CD#: | XXXXXX0649 |
| | | Checking |
| Taxpayer ID No: XX-XXX1119 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 03/06/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | American Auction Associates, Inc<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | | ($400.00) | 3610-000 | | |
| | 12 | | 2001 Porsche Boxster Vin: Wp0ca29881u623603 Approx. Mileage: | $4,400.00 | 1129-000 | | |
| 06/29/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $7,150.00 |
| 07/11/18 | 101 | American Auction Associates, Inc<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Auctioneer for Trustee Expenses | | 3620-000 | | $688.43 | $6,461.57 |
| 07/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.36 | $6,451.21 |
| 08/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $6,441.21 |
| 09/28/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $6,431.21 |
| 10/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $6,421.21 |
| 11/30/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $6,411.21 |
| 12/31/18 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $6,401.21 |
| 01/31/19 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $10.00 | $6,391.21 |
| 03/06/19 | 102 | Thomas Mowery<br>508 W Brittany Dr<br>Arlington Heights, IL 60004 | Auctioneer fees<br>Per order dated 5/21/2018 | | 3711-000 | | $100.00 | $6,291.21 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Page Subtotals:     $0.00     $868.79

Exhibit B

|  | | |
|---|---|---|
| COLUMN TOTALS | $7,200.00 | $908.79 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,200.00 | $908.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,200.00 | $908.79 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0649 - Checking | $7,200.00 | $908.79 | $6,291.21 |
|  | $7,200.00 | $908.79 | $6,291.21 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $400.00 |
|---|---|
| Total Net Deposits: | $7,200.00 |
| Total Gross Receipts: | $7,600.00 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-12595  
Debtor Name: Debra Anne Skipper  
Claims Bar Date: 5/25/2016  
Date: March 6, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $1,510.00 | $1,510.00 |
| 100 2200 | Cindy M. Johnson<br>140 S. Dearborn St., Suite 1510<br>Chicago, Illinois 60603 | Administrative | | $0.00 | $126.14 | $126.14 |
| 100 3610 | American Auction Associates, Inc<br>508 West Brittany Drive<br>Arlington Heights, IL 60004 | Administrative | | $0.00 | $400.00 | $400.00 |
| 100 3620 | American Auction Associates, Inc<br>508 West Brittany Dr<br>Arlington Heights, IL 60004 | Administrative | | $0.00 | $688.43 | $688.43 |
| 100 3711 | Thomas Mowery<br>508 W. Brittany Drive<br>Arlington Heights, Illinois  60004 | Administrative | | $0.00 | $100.00 | $100.00 |
| 1 300 7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $334.00 | $334.36 | $334.36 |
| 2 300 7100 | Quantum3 Group Llc As Agent For<br>Second Round Sub Llc<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $1,717.00 | $1,717.65 | $1,717.65 |
| 3 300 7100 | Quantum3 Group Llc As Agent For<br>Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Unsecured | | $894.00 | $894.91 | $894.91 |
| 4 300 7100 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Unsecured | | $5,076.00 | $5,076.83 | $5,076.83 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-12595
Debtor Name: Debra Anne Skipper
Claims Bar Date: 5/25/2016

Date: March 6, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured | | $1,497.00 | $1,497.12 | $1,497.12 |
| 6 300 7100 | Bureaus Investment Group Portfolio No 15 Llc C/O Recovery Management Systems Corp 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $3,967.00 | $4,104.04 | $4,104.04 |
| 7 300 7100 | Bureaus Investment Group Portfolio No 15 Llc C/O Recovery Management Systems Corp 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $541.00 | $559.46 | $559.46 |
| 8 300 7100 | Bureaus Investment Group Portfolio No 15 Llc C/O Recovery Management Systems Corp 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Unsecured | | $749.00 | $770.92 | $770.92 |
| 9 300 7100 | Capital One, N.A. C O Becket And Lee Llp Po Box 3001 Malvern, Pa 19355-0701 | Unsecured | | $531.00 | $531.53 | $531.53 |
| 10 300 7100 | Von Maur C/O H And R Accounts Inc Po Box 672 Moline Il 61265 | Unsecured | | $216.00 | $216.40 | $216.40 |
| 11 300 7100 | Merrick Bank Resurgent Capital Services Po Box 10368 Greenville, Sc 29603-0368 | Unsecured | | $4,374.00 | $3,610.00 | $3,610.00 |
| 12 300 7100 | Citibank, N.A. C/O American Infosource Lp Po Box 248840 Oklahoma City, Ok 73124-8840 | Unsecured | | $1,348.00 | $1,348.85 | $1,348.85 |
| 13 300 7100 | Portfolio Recovery Associates, Llc Successor To Capital One Bank (Usa), N.A. Pob 41067 Norfolk, Va 23541 | Unsecured | | $0.00 | $3,421.02 | $3,421.02 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-12595  
Debtor Name: Debra Anne Skipper  
Claims Bar Date: 5/25/2016  

Date: March 6, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 14 300 7100 | Portfolio Recovery Associates, Llc Successor To Synchrony Bank (Tjx) Pob 41067 Norfolk, Va 23541 | Unsecured | | $686.00 | $686.18 | $686.18 |
| | Case Totals | | | $21,930.00 | $27,593.84 | $27,593.84 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-12595  
Case Name: Debra Anne Skipper  
Trustee Name: Cindy M. Johnson, Trustee  

| | | |
|---|---|---|
| Balance on hand | $ | 6,291.21 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Cindy M. Johnson | $ 1,510.00 | $ 0.00 | $ 1,510.00 |
| Trustee Expenses: Cindy M. Johnson | $ 126.14 | $ 0.00 | $ 126.14 |
| Auctioneer Fees: American Auction Associates, Inc | $ 400.00 | $ 400.00 | $ 0.00 |
| Other: American Auction Associates, Inc | $ 688.43 | $ 688.43 | $ 0.00 |
| Other: Thomas Mowery | $ 100.00 | $ 100.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,636.14 |
| Remaining Balance | $ | 4,655.07 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,769.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent For | $ 334.36 | $ 0.00 | $ 62.84 |
| 2 | Quantum3 Group Llc As Agent For | $ 1,717.65 | $ 0.00 | $ 322.81 |
| 3 | Quantum3 Group Llc As Agent For | $ 894.91 | $ 0.00 | $ 168.19 |
| 4 | Capital One Bank (Usa), N.A. | $ 5,076.83 | $ 0.00 | $ 954.13 |
| 5 | Capital One Bank (Usa), N.A. | $ 1,497.12 | $ 0.00 | $ 281.36 |
| 6 | Bureaus Investment Group Portfolio No 15 Llc | $ 4,104.04 | $ 0.00 | $ 771.30 |
| 7 | Bureaus Investment Group Portfolio No 15 Llc | $ 559.46 | $ 0.00 | $ 105.14 |
| 8 | Bureaus Investment Group Portfolio No 15 Llc | $ 770.92 | $ 0.00 | $ 144.88 |
| 9 | Capital One, N.A. | $ 531.53 | $ 0.00 | $ 99.89 |
| 10 | Von Maur | $ 216.40 | $ 0.00 | $ 40.67 |
| 11 | Merrick Bank | $ 3,610.00 | $ 0.00 | $ 678.45 |
| 12 | Citibank, N.A. | $ 1,348.85 | $ 0.00 | $ 253.50 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Portfolio Recovery Associates, Llc | $ 3,421.02 | $ 0.00 | $ 642.94 |
| 14 | Portfolio Recovery Associates, Llc | $ 686.18 | $ 0.00 | $ 128.97 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,655.07 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE