**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE ) | | Chapter 7 |
| ) | | |
| Skipper, Debra Anne ) | | CASE NO. 15-12595 |
| ) | | |
| Debtor(s). ) | | Hon. Pamela S. Hollis |

**CERTIFICATE OF SERVICE**

      I, Cindy M. Johnson, an attorney, certify that I served true and correct copies of the Notice of Final Report to the debtor(s), the debtor(s) attorney, all parties in interest, and all creditors (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 140 S. Dearborn Street, Chicago, Illinois at or before 5:00 p.m. on March 11, 2019.

Cindy M. Johnson                            /s/ Cindy M. Johnson
Chpater 7 Trustee
140 S. Dearborn St., Suite 1510
Chicago, IL 60603
312-345-1306

**SERVICE LIST**

### Electronic Mail Notice List

- Derrick B Hager    dirkhager@sbcglobal.net
- Cindy M. Johnson    cmjtrustee@jnlegal.net, cjohnson@ecf.epiqsystems.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Andrew J Nelson    anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- Perry Perelman    perry@migdallawgroup.com, pacerdocuments@gmail.com
- Toni Townsend    toni.townsend@mccalla.com, northerndistrict@mccalla.com

### Manual Notice List

See attached and:

    Ally Financial                                                   Thomas K. Mowery
    PO Box 130424                                        American Auction Associates, Inc.
    Roseville, MN 55113                          508 W. Brittany Drive
                                                               Arlington Heights, IL 60004

# SERVICE LIST

| | | |
|---|---|---|
| Debra Anne Skipper<br>1949 N. 31st Rd. #5<br>Ottawa, IL 61350-9787 | Aes/goal Financial<br>Po Box 61047<br>Harrisburg, PA 17106-1047 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Bureaus Investment Group Portfolio No 15 LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 |
| CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Cap1/mnrds<br>26525 N Riverwoods Blvd<br>Mettawa, IL 60045-3440 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Capital One Bank Usa N.A.<br>PO Box 105474<br>Atlanta, GA 30348-5474 | Capital One N.A.<br>PO Box 105474<br>Atlanta, GA 30348-5474 | Capital One, N.a.<br>Capital One Bank (USA) N.A.<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Centralized Inslovency Operation<br>P.O.Box 7346<br>Philadelphia, PA 19101-7346 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Comenity Bank/bergners<br>3100 Easton Square Pl<br>Columbus, OH 43219-6232 | Dsnb Macys<br>Po Box 8218<br>Mason, OH 45040-8218 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| GECRB/Amazon<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | GECRB/Walmart<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | H & R Accounts Inc<br>7017 John Deere Pkwy<br>Moline, IL 61265-8072 |
| Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | OSF Healthcare<br>7978 Solution Center<br>Chicago, IL 60677-7009 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Quantum3 Group LLC as agent for<br>Second Round Sub LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Syncb/art Van Furnitur<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Syncb/tjx Cos<br>Po Box 965005<br>Orlando, FL 32896-5005 | Syncb/care Credit<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Syncb/blains Farm&flee<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 |
| Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | The Bureaus Inc.<br>Attention: Bankruptcy Dept.<br>1717 Central St.<br>Evanston, IL 60201-1507 | T-Mobile<br>66 Ogden Avenue<br>Downers Grove, IL 60515-2324 |
| U.S. Bank National Association<br>c/o Pierce & Associates<br>1 N. Dearborn, Suite 1300<br>Chicago, IL 60602-4321 | U.S. Bank National Association<br>9441 LBJ Freeway Suite 350<br>Dallas, TX 75243-4652 | Us Bank Home Mortgage<br>4801 Frederica St<br>Owensboro, KY 42301-7441 |
| Von Maur - Chicago/Downstate<br>The Glen Town Center<br>1960 Tower Road<br>Glenview, IL 60026-7801 | VON MAUR<br>C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE IL 61266-0672 | |